UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| RAYMOND LEE MORLOCK, JR., | ) |
| | ) NO. 3:22-cv-00315 |
| Plaintiff, | ) |
| v. | ) JUDGE CAMPBELL |
| | ) |
| CEDRIC ALONZO ALEXANDER and | ) MAGISTRATE JUDGE |
| SWIFT TRANSPORTATION SERVICES, | ) HOLMES |
| LLC, | ) |
| | ) JURY DEMAND |
| Defendants. | ) |

## ~~PROPOSED~~ AGREED ORDER OF SUBSTITUTION AND PARTIAL DISMISSAL

Plaintiff Raymond Lee Morlock, Jr. ("Plaintiff") and defendant Swift Transportation Services, LLC ("Defendant") (Plaintiff and Defendant collectively "the Parties"), by and through counsel, hereby agree that Swift Transportation of Arizona, LLC shall be substituted as a defendant in place of Swift Transportation Services, LLC. All references to Swift Transportation Services, LLC in the original Complaint shall now be asserted against Swift Transportation of Arizona, LLC. Swift Transportation Services, LLC shall be dismissed from this matter and all future pleadings or filings shall identify the corporate defendant as Swift Transportation of Arizona, LLC. Further, the Parties hereby agree that defendant Cedric Alonzo Alexander ("Alexander") was acting in the course and scope of his employment or agency with Swift Transportation of Arizona, LLC at the time of the incident that is the subject of Plaintiff's Complaint and that as such, Swift Transportation of Arizona, LLC would be responsible for any fault assigned to Alexander related to the subject incident. Thus, the Parties agree that Plaintiff's direct negligence claims against Swift Transportation of Arizona, LLC for its owns negligence, including but not limited to its supervision of Alexander and entrustment of a vehicle to Alexander (set forth in paragraph 22 of the Complaint) are barred based on the preemption rule.

It is therefore **ORDERED** that Swift Transportation of Arizona, LLC shall be substituted as a defendant in place of Swift Transportation Services, LLC and Plaintiff's direct negligence claims against Swift Transportation of Arizona, LLC, asserted in paragraph 22 of the Complaint, are hereby dismissed, without prejudice.

_____
JUDGE CAMPBELL

APPROVED FOR ENTRY:

LEWIS THOMASON, P.C.

By:/s/*Allen Davidson Lentz*
    Mary Beth White, BPR #24462
    Allen Davidson Lentz, BPR #37581
    424 Church Street, Suite 2500
    Nashville, TN 37219
    (615) 259-1366
    mbwhite@lewisthomason.com
    dlentz@lewisthomason.com

*Attorneys for defendant Swift Transportation Services, LLC/Swift Transportation of Arizona, LLC*

RHONDA CRABTREE LAW

By:/s/*Rhonda R. Meyers w/permission by Allen Davidson Lentz*
    Rhonda R. Meyers, BPR #022058
    150 South Main Street
    Ashland City, TN 37015
    (901) 527-0644
    rhondacrabtreelaw@gmail.com

*Attorneys for plaintiff Raymond Lee Morlock, Jr.*

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing PROPOSED AGREED ORDER OF SUBSTITUTION AND PARTIAL DISMISSAL has been served on the following counsel of record via the court's ECF system:

Rhonda R. Meyers, Esq.
150 South Main Street
Ashland City, TN 37015

This the 13th day of May 2022.

/s/*Allen Davidson Lentz*