IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

RAYMOND LEE MORLOCK, JR.
_____,
     Plaintiff(s),

v.                                  Case No. 3:22-cv-00315

CEDRIC ALONZO ALEXANDER and SWIFT TRANSPORTATION OF ARIZONA, LLC
_____,
     Defendant(s).

AMENDED

**BUSINESS ENTITY DISCLOSURE**
(Disclosure of corporate affiliations, business entity citizenship, and financial interests)

Pursuant to Fed. R. Civ. P. 7.1 and L.R. 7.02, Swift Transportation of Arizona, LLC makes the following disclosures:

**INSTRUCTIONS: Check the applicable box or boxes, and fully provide any required information. Attach separate pages as necessary to fully provide required information.**

☐ This party is an individual, who resides in _____.

☑ This party is a publicly held corporation or other publicly held entity, incorporated in Delaware and with a principal place of business in Arizona.

☐ This party is a privately held corporation, incorporated in _____ and with a principal place of business in _____.

☑ This party has parent corporations

     If yes, identify **on attached page(s)** all parent corporations, including grandparent and great- grandparent corporations.

☐ Ten percent or more of the stock of this party is owned by a publicly held corporation or other publicly held entity.

     If yes, identify **on attached page(s)** all such owners.

☑ This party is a limited liability company or limited liability partnership.

    If yes, identify **on attached page(s)** each member of the entity and the member's state of citizenship. If any member is other than an individual person, the required information identifying ownership interests and citizenship for each sub-member must be provided as well. *See Delay v. Rosenthal Collins, Grp., LLC*, 585 F.3d 1003 (6th Cir. 2009).

☐ This party is an unincorporated association or entity.

    If yes, identify **on attached page(s)** the nature of the entity, the members of the entity and the member's state of citizenship. If any member is other than an individual person, the required information identifying ownership interests and citizenship for each sub-member must be provided as well.

☐ This party is trust.

    If yes, identify **on attached page(s)** each trustee and each trustee's state of citizenship. If any trustee is other than an individual person, the required information identifying ownership of the non-individual the trustee and state of citizenship of each sub-trustee must be provided as well.

☐ Another publicly held corporation or another publicly held entity has a direct financial interest in the outcome of the litigation.

    If yes, identify **on attached page(s)** all corporations or entities and the nature of their interest.

**Any additional pertinent information should also be provided on attached page(s).**

Date: 5/19/2022  Signature: /s/Allen Davidson Lentz

Printed Name: Allen Davidson Lentz, BPR 037581

Title: Attorney

**CERTIFICATE OF SERVICE**
[Include certificate of service pursuant to LR 5.01.
Attach as separate page if necessary due to space constraints.]

A true and correct copy of the foregoing AMENDED BUSINESS ENTITY DISCLOSURE was served on counsel of record via the Court's ECF system: Rhonda R. Meyers, Esq., 150 South Main Street, Ashland City, TN 37015.
/s/Allen Davidson Lentz

Defendant Swift Transportation Co. of Arizona, LLC is a limited liability company organized under the laws of Delaware with its principal place of business in Arizona. The sole member of Swift Transportation Co. of Arizona, LLC (and the parent to all subsidiaries) is Swift Transportation Company. Swift Transportation Company is a corporation organized under the laws of Delaware with its principal place of business in Arizona.