IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| RAYMOND LEE MORLOCK, JR., | ) |
| Plaintiff, | ) No.: 3:22-cv-00315 |
| v. | ) JUDGE WILLIAM L. CAMPBELL, JR. |
| CEDRIC ALONZO ALEXANDER and SWIFT TRANSPORTATION SERVICES, LLC, | ) MAGISTRATE JUDGE BARBARA D. HOLMES |
| | ) JURY DEMAND |
| Defendants. | ) |

**NOTICE OF RESOLUTION**

COME THE PARTIES plaintiff Raymond Lee Morlock, Jr. and defendants Cedric Alonzo Alexander and Swift Transportation of Arizona, LLC ("Swift Transportation"), by and through counsel, and hereby give notice that all claims asserted by plaintiff Raymond Lee Morlock, Jr. against defendants Alexander and Swift Transportation have been resolved in their entirety. The parties are working to execute all of the paperwork necessary to effectuate the settlement of this matter and anticipate filing a dismissal order within the next thirty (30) days.

Respectfully submitted,

LEWIS THOMASON, P.C.

By: /s/*Mary Beth White*
Mary Beth White, BPR No. 24462
Allen Davidson Lentz, BPR No. 37581
424 Church Street, Suite 2500
Nashville, TN 37419
(615) 259-1366
nbwhite@lewisthomason.com
dlentz@lewisthomason.com

*Attorneys for defendants Swift Transportation Services, LLC/Swift Transportation of Arizona, LLC and Cedric Alonzo Alexander*

RHONDA CRABTREE LAW

By: /s/*Rhonda R. (Crabtree) Meyers w/permission by Mary Beth White*
Rhonda R. (Crabtree) Meyers, BPR #022058
150 South Main Street
Ashland City, TN 37015
(901) 527-0644
rhondacrabtreelaw@gmail.com

*Attorneys for plaintiff Raymond Lee Morlock, Jr.*

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing NOTICE OF RESOLUTION has been served on the following counsel of record via the Court's ECF system and email:

Rhonda R. Meyers, Esq.
Rhonda Crabtree Law
150 South Main Street
Ashland City, TN 37015

This the 2nd day of June 2022.

/s/*Mary Beth White*

2

Case 3:22-cv-00315   Document 15   Filed 06/02/22   Page 2 of 2 PageID #: 51