IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| RAYMOND LEE MORLOCK, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 3:22-cv-00315 |
| ) | |
| CEDRIC ALONZO ALEXANDER, et al., ) | JUDGE CAMPBELL |
| ) | MAGISTRATE JUDGE HOLMES |
| Defendants. ) | |

## ORDER

The parties have jointly filed a proposed agreed order of dismissal stating that this action should be dismissed. (*See* Doc. No. 17). Accordingly, pursuant to the agreement of the parties, this case is hereby **DISMISSED WITH PREJUDICE**.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE